**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00144 |
| | ) | Judge Trauger |
| | ) | |
| JUAN CASTRO-CASTRO | ) | |

### **O R D E R**

It is hereby **ORDERED** that this sentencing hearing will recommence on Tuesday, May 13, 2014, at 2:30 p.m.

It is so **ORDERED**.

ENTER this 8th day of May 2014.

_____
ALETA A. TRAUGER
U.S. District Judge